**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| Scott Hunter, in his official capacity as Personal Representative of The Estate of Ralph Kip Hunter, <br><br> Deceased, <br><br>        Plaintiff, <br><br>    vs. <br><br> Livingston Healthcare, a Domestic Non-Profit Montana Corporation, <br><br>       Defendant, | Cause No. 1:25-cv-00068-JTJ <br><br> Judge:  Hon. John Johnston <br><br> **ORDER, GRANTING JOINT MOTION TO CONTINUE DEADLINES FOR DISCOVERY AND PRETRIAL MOTIONS AND FOR SCHEDULING CONFERENCE TO SET NEW TRIAL DATE** |

Upon review of the Joint Motion to Continue Deadlines for Discovery and Pretrial Motions for a Scheduling Conference to set a new trial date, and with good cause shown, IT IS HEREBY ORDERED the Motion is GRANTED.

The following deadlines are extended as follows:

| | |
|---|---|
| All parties shall disclose liability Experts on or before: | June 19, 2026 |
| Plaintiff shall disclose damages experts (with Rule 26(a)(2)(B) reports) on or before: | June 19, 2026 |
| Defendant shall disclose damages experts (with Rule 26(a)(2)(B) reports) on or before: | July 31, 2026 |
| Discovery motions (with supporting Brief shall be filed on or before: | September 11, 2026 |
| Discovery shall close on: | September 25, 2026 |

All pretrial motions, other than discovery
Motions, shall be filed and fully
briefed on or before:                              <u>October 16, 2026</u>


A telephonic scheduling conference is set for April 1, 2026 at 1:30 p.m.

The call-in number is as follows: 833-990-9400; Meeting ID: 882927420.

DATED this 31st day of March 2026.


_____
John Johnston
United States Magistrate Judge